IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYSON N. WATSON,
    Plaintiff,

vs.                                            Case No.   3:12cv112/RV/CJK

J. GODFREY, et al.,
    Defendants.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 26, 2012. (Doc. 8).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and no objections having been filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED WITHOUT PREJUDICE under Fed.R.Civ.P. 41(a)(1)(A)(i).

    3.    The clerk is directed to close the file.

DONE AND ORDERED this 26th day of April, 2012.

                    /s/ *Roger Vinson*
                    ROGER VINSON
                    SENIOR UNITED STATES DISTRICT JUDGE